# EXHIBIT "A"

## CIRCUIT COURT OF MARYLAND FOR PRINCE GEORGE'S COUNTY

SARAH MAE TILLERY
(aka) SARAH MAE SWANN
      PLAINTIFF                *
vs.                           *

U.S. DEPARTMENT OF EDUCATION     *
OFFICE OF INSPECTOR GENERAL HOTLINE   *
400 MARYLAND AVENUE, S.W.       *
WASHINGTON D.C. 20202-1500      *

NAVIENT IDENTITY & FORGERY INVESTIGATIONS *
LOAN ▮▮▮▮▮▮▮               *
P.O. BOX 3779                  *
WILKES-BARRE, PA 18773-3779      *

ALLIED INTERSTATE, LLC, ACCOUNT ▮▮▮▮▮ *
P.O. BOX 361477                *
COLUMBUS, OH 43236          *

ASSET RECOVERY SOLUTIONS, LLC     *
2200 E. DEVON AVENUE, STE. 200     *
DES PLAINES, IL 60018-4501       *
ID ▮▮▮▮/ACCOUNT ▮▮▮▮▮      *

NORTH CAROLINA A&T STATE UNIVERSITY   *
(FINANCIAL AID OFFICE)          *
1601 E. MARKET STREET         *
GREENSBORO, NC, 27411         *

SALLIEMAE                    *
P.O. BOX 9500                  *
WILLES-BARRE, PA. 18773-9500      *
        DEFENDANT(S)        *

**ADDENDUM/AMENDMENT**
Case No.: **CAL18-29060**

*****************************************************************

## ADDENDUM
## REQUEST FOR RULE 2-101. COMMENCEMENT OF ACTION AND PROCESS

      On this _16th_ day of _August_, 2018 I, Sarah Mae Tillery (aka) Sarah Mae Swann, Plaintiff are filing the litigation against the above referenced defendants. This request to the Circuit Court for Prince George's County, Maryland, Seventh Judicial Circuit of Maryland. This request is in the matter of Fraud as it relates to the Plaintiff's credit, finances and deformation of character.

CASE NUMBER: **CAL18-29060**
TILLERY vs. LISTED DEFENDANTS
AUGUST 8, 2018
PAGE 3 OF 3

After numerous attempts to discuss and communicate that this was an unauthorized use of my signature. The defendant continue to report this debt under my name and on my credit report which has caused detrimental damages to my health, finances, credit, and mental status. As the Plaintiff, I pray upon the court to address by way of a hearing and/or trial to hear all of the matters contained in this request.

**ORDERED AND GRANTED for SUMMONS,** that the above requests are so ordered;

_____

**Circuit Court Clerk Office Representative for Prince George's County, Maryland**

_____

**Date**

_____

**Circuit Court Judge for Prince George's County, Maryland**

_____

**Date**

_____

**Sarah M. Tillery (aka) Sarah M. Swann**

_____

**Date**

**Copies Mailed to:**
Department of Education
Navient
SallieMae
Allied Interstate, LLC
Asset Recovery Solutions, LLC
Sarah Henley (aka) Sarah Spruell
North Carolina A&T State University (Financial Aid Department)

**Attachment(s) (09)**

After many years of attempting to resolving this matter in accordance with the guidelines constructed by the creditors as follows, Department of Education, Navient Asset Recovery Solutions, LLC, and Allied Interstate, LLC. This is a request to commence the process of a hearing and/or trial; Therefore, I am filing suit in the amount of $2.5 million dollars liable for damages to my credit for the years of detrimental financial damages. Also I am requesting of the court to have the above creditors cease credit reporting status of the fraudulent debt named, SallieMae/Navient Account███████-1, Allied Interstate, LLC, Account #19424577, and Asset Recovery Solutions, LLC, ID ████████/Account█████.

## Maryland Rule 2-112:

The above defendants have been served to the above listed address(es).

## Maryland Rule 2-114:

As of August 8, 2018 the Circuit Clerk Office is in receipt of the submitted documents required in reference to initiate the commencing of the above for a case number and summons for a court hearing or trial date.

## ATTACHMENTS:

Notification letters from the below:

- Department of Education
- Navient
- ID Theft Affidavit Form
- Allied Interstate, LLC
- Asset Recovery Solutions, LLC
- Sarah Henley (aka) Sarah Spruell
- North Carolina A&T State University (Financial Aid Department)
- Sarah Tillery Credit Report (TransUnion & Equifax)
- Police Report
- Signature Student Loan Document w/unauthorized electronic signature (Not actual signature)
- Fraud Affidavit to Department of Education/Navient

# CIRCUIT COURT OF MARYLAND FOR PRINCE GEORGE'S COUNTY

SARAH MAE TILLERY
(aka) SARAH MAE SWANN
     PLAINTIFF
                                *

vs.                                   *    Case No.: CAL18-29060

U.S. DEPARTMENT OF EDUCATION      *
OFFICE OF INSPECTOR GENERAL HOTLINE *
400 MARYLAND AVENUE, S.W.         *
WASHINGTON D.C. 20202-1500        *

NAVIENT IDENTITY & FORGERY INVESTIGATIONS *
LOAN ▮▮▮▮▮▮▮▮▮▮▮▮          *
P.O. BOX 3779                       *
WILKES-BARRE, PA 18773-3779       *

ALLIED INTERSTATE, LLC, ACCOUNT ▮▮▮▮▮ *
P.O. BOX 361477                     *
COLUMBUS, OH 43236               *

ASSET RECOVERY SOLUTIONS, LLC    *
2200 E. DEVON AVENUE, STE. 200      *
DES PLAINES, IL 60018-4501        *
ID ▮▮▮▮▮▮/ACCOUNT ▮▮▮▮▮      *

SARAH LANISE HENLEY            *
(aka) SARAH LANISE SPRUELL       *
8162 WASHINGTON BOULEVARD, #439  *
JESSUP, MARYLAND 20794         *

NORTH CAROLINA A&T STATE UNIVERSITY *
(FINANCIAL AID OFFICE)            *
1601 E. MARKET STREET          *
GREENSBORO, NC, 27411          *

SALLIEMAE                        *
P.O. BOX 9500                       *
WILLES-BARRE, PA. 18773-9500       *
          DEFENDANT(S)         *

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## REQUEST FOR RULE 2-101. COMMENCEMENT OF ACTION AND PROCESS

    On this 15th day of August, 2018 I, Sarah Mae Tillery (aka) Sarah Mae Swann, Plaintiff are filing the litigation against the above referenced defendants. This request to the Circuit Court for Prince George's County, Maryland, Seventh Judicial Circuit of Maryland. This request is in the matter of Fraud as it relates to the Plaintiff's credit, finances and deformation of character.

After many years of attempting to resolving this matter in accordance with the guidelines constructed by the creditors as follows, Department of Education, Navient Asset Recovery Solutions, LLC, and Allied Interstate, LLC. This is a request to commence the process of a hearing and/or trial; Therefore, I am filing suit in the amount of $2.5 million dollars liable for damages to my credit for the years of detrimental financial damages. Also I am requesting of the court to have the above creditors cease credit reporting status of the fraudulent debt named, SallieMae/Navient Account ███████. 1, Allied Interstate, LLC, Account ██████, and Asset Recovery Solutions, LLC, ID ██████/Account██████.

## Maryland Rule 2-112:

The above defendants have been served to the above listed address(es).

## Maryland Rule 2-114:

As of August 8, 2018 the Circuit Clerk Office is in receipt of the submitted documents required in reference to initiate the commencing of the above for a case number and summons for a court hearing or trial date.

## ATTACHMENTS:

Notification letters from the below:

- Department of Education
- Navient
- ID Theft Affidavit Form
- Allied Interstate, LLC
- Asset Recovery Solutions, LLC
- Sarah Henley (aka) Sarah Spruell
- North Carolina A&T State University (Financial Aid Department)
- Sarah Tillery Credit Report (TransUnion & Equifax)
- Police Report
- Signature Student Loan Document w/unauthorized electronic signature (Not actual signature)
- Fraud Affidavit to Department of Education/Navient

After numerous attempts to discuss and communicate that this was an unauthorized use of my signature. The defendant continue to report this debt under my name and on my credit report which has caused detrimental damages to my health, finances, credit, and mental status. As the Plaintiff, I pray upon the court to address by way of a hearing and/or trial to hear all of the matters contained in this request.

**ORDERED AND GRANTED for SUMMONS,** that the above requests are so ordered;

_____

**Circuit Court Clerk Office Representative for Prince George's County, Maryland**

_____

**Date**

_____

**Circuit Court Judge for Prince George's County, Maryland**

_____

**Date**

_____

**Sarah M. Tillery (aka) Sarah M. Swann**

_____

**Date**

**Copies Mailed to:**
Department of Education
Navient
SallieMae
Allied Interstate, LLC
Asset Recovery Solutions, LLC
Sarah Henley (aka) Sarah Spruell
North Carolina A&T State University (Financial Aid Department)

**Attachment(s) (11)**

# NAVIENT.

P.O. Box 9640
Wilkes-Barre PA 18773-9640
Navient.com

SARAH M SWANN
SARAH L SPRUELL
5505 LANSING DR
TEMPLE HILLS MD 20748-4003

645
C189

Loan Number: ▓▓▓▓▓▓▓▓▓



December 17, 2014

Dear SARAH M SWANN:

Recently, we received a notice from one or more consumer reporting agencies indicating that the above loan is not yours or may be the result of identity theft. We have performed an investigation and concluded that the information we've provided regarding this loan to the consumer reporting agencies is valid.

If you still believe that the loan is not yours or that the loan is a result of identity theft, please call our Fraud Department at the number below. Otherwise, you'll continue to be responsible for repayment of the debt and we may continue to report the information to the consumer reporting agencies.

To discuss this allegation and provide us with additional information for reinvestigation, call us toll free at 800-891-1391. We're here to help you Monday - Thursday 8 a.m. to 8 p.m., and Friday 8 a.m. to 5 p.m., ET.

Sincerely,

Navient Fraud Department

# NAVI=NT

**Attn: Identity Theft/Forgery Investigations
PO Box 3779
Wilkes-Barre, PA 18773-3779**

October 26, 2015

Sarah Swann
5505 Lansing Dr
Temple Hills, MD 20748-4003

Dear Sarah Swann:

Recently, we received an allegation of identity theft from you indicating that a Navient loan(s) are not yours or may be the result of identity theft. We have performed an investigation and concluded that the information we have provided regarding the loan(s) to the consumer reporting agencies is valid.

If you still believe that the loan is not yours or that the loan is a result of identity theft, please complete the enclosed Identity Theft Affidavit, sign it and have it notarized. Return it to us along with the required documents, as indicated in the Instructions for Completing the Identity Theft Affidavit. If we do not hear from you, we will continue to consider you responsible for the loan(s) until it's repaid.

For assistance in obtaining an identity theft report, or to further discuss this allegation and provide us with additional information for reinvestigation, call us toll free at 800-891-1391. We're here to help you Monday – Friday 8 a.m. to 5 p.m. ET.

We have updated your credit report to reflect your disputed loan(s) as follows:

*Completed investigation of FCRA dispute — consumer disagrees.*

This narrative will be reflected on your credit report for each open loan you included in your dispute and will be included with our next update to the consumer reporting agencies.

If you wish to have this narrative removed from your credit report, please write to us at P.O. Box 3779, Wilkes-Barre, PA, 18773. Please include your name, address, and account/loan number(s), and indicate that you wish to have the dispute narrative removed from your credit report.

Sincerely,

Navient Identity Theft and Forgery Investigations

Enclosure

ID12 002278 5 16 9 20:18 Scanner7

08/28/2006 007

# Signature Student Loan®

*Application and Promissory Note*
For Loan Applications Received by May 31, 2007

**Academic Year
2006-2007**

XS

## Section A: Borrower Information   Please read instructions before completing this section.

| Social Security Number | -1911 | Last Name and Suffix | SPRUELL | First Name | SARAH | MI | L |
|---|---|---|---|---|---|---|---|

| Permanent Address (No P.O. Boxes) | 7234 Brookbank Lane | City | Raleigh | State NC | ZIP Code 27615 |
|---|---|---|---|---|---|

| Permanent Phone Number | 3101 | Cellular Phone Number | 3101 | Time at Address (if less than one year, provide prior address) | Years 0 | Months 2 |
|---|---|---|---|---|---|---|

| Prior Address | 2008 South Mebane St | City | Burlington | State NC | ZIP Code 27215 |
|---|---|---|---|---|---|

| Address While at School | 7234 Brookebank Lane | City | Raleigh | State NC | ZIP Code 27615 |
|---|---|---|---|---|---|

| Phone Number While at School | (240) 395-3101 | Date of Birth (mm/dd/yy) | 10/28/1985 | Email Address | lanise_mi_amor@yahoo.com |
|---|---|---|---|---|---|

Citizenship (check one): a) U.S. Citizen ☑  b) Non-Citizen Permanent Resident ☐  c) Foreign Resident ☐
If a Foreign Resident and eligible for a Social Security Number ☐  Note: for options b, c or d see instructions.

Have you ever defaulted on a student loan? (check one) Yes ☐ No ☒  If yes, see instructions for required action.

| Total Loan Amount Requested  We encourage you to borrow conservatively, but try to borrow the full amount you need so you will not have to submit another application. (see instructions) | $ 23,000.00 | Enrollment Period for which you want to borrow money (cannot exceed 12 months) | From (mm/yy) 08/06 | To (mm/yy) 05/07 |
|---|---|---|---|---|

| School Name | N C AGRI & TECH STATE UNIV | City | GREENSBORO | State NC |
|---|---|---|---|---|

| Grade Level (refer to instructions) 04 | Course of Study (refer to instructions) BUS | Current Outstanding Student Loan Debt (refer to instructions) $ 23,000.00 |
|---|---|---|

**References—You must provide two (2) adult references other than the cosigner**

| 1) Last Name and Suffix | swann | First Name | sarah | MI | Relationship to Borrower | Mother |
|---|---|---|---|---|---|---|
| Email Address | N/A | Permanent Phone Number | (301) 863-8425 | | Alternate Phone Number | (301) 919-0776 |

| 2) Last Name and Suffix | daniels | First Name | joyce | MI | Relationship to Borrower | Employer |
|---|---|---|---|---|---|---|
| Email Address | N/A | Permanent Phone Number | (301) 248-0347 | | Alternate Phone Number | (301) 518-5228 |

## Section B: Cosigner Information   Please read instructions before completing this section.

| Social Security Number | -4980 | Last Name and Suffix | swann | First Name | sarah | MI | m |
|---|---|---|---|---|---|---|---|

| Permanent Address (No P.O. Boxes) | 47078 Sorrell Drive | City | Lexington Park | State MD | ZIP Code 20653 |
|---|---|---|---|---|---|

| Permanent Phone Number | (301) 863-8425 | Cellular Phone Number | (301) 919-0776 | Time at Residence (if less than one year, provide prior address) | Years 1 | Months 6 |
|---|---|---|---|---|---|---|

| Prior Address (No P.O. Boxes) | 47078 Sorrell Drive | City | Lexington Park | State MD | ZIP Code 20653 |
|---|---|---|---|---|---|

Citizenship (check one): a) U.S. Citizen ☒  b) Non-Citizen Permanent Resident ☐
Note: For option b, see instructions.

| Date of Birth (mm/dd/yy) | 02/20/1963 | Have you ever defaulted on a student loan? (check one) Yes ☐ No ☒  If yes, see instructions for required action. |
|---|---|---|

| Present Employer Name | Washington Sanitary Suburban | Employer Address (City, State, ZIP Code) | Hyattsville MD | Work Phone Number | (301) 206-4283 |
|---|---|---|---|---|---|

| Gross Monthly Income (see instructions) Note: You need not list here to reveal alimony, child support or separate maintenance income unless you wish it to be considered as a basis for loan repayment | Salary $ 4,202.00  Other $ 638.00  Source Child Support | Monthly Mortgage/Rent Amount (check one) $ 2,060.00  Own ☒ Rent ☐ | Cosigner's Email Address | lanise_mi_amor@yahoo.com |
|---|---|---|---|---|

**References—You must provide two (2) adult references other than the borrower**

| 1) Last Name and Suffix | Capers | First Name | Barbara | MI C. | Relationship to Cosigner | Friend |
|---|---|---|---|---|---|
| Email Address | N/A | Permanent Phone Number | (301) 218-9543 | | Alternate Phone Number | (301) 325-2715 |

| 2) Last Name and Suffix | Drakeford | First Name | Carolyn | MI D | Relationship to Cosigner | Sister |
|---|---|---|---|---|---|
| Email Address | N/A | Permanent Phone Number | (301) 420-5319 | | Alternate Phone Number | (301) 928-2048 |

## Section C: Borrower and Cosigner Signature   *Sarah N. Spruell*

**CAUTION - IT IS IMPORTANT THAT YOU THOROUGHLY READ THIS CONTRACT BEFORE YOU SIGN IT. I, THE COSIGNER, HAVE READ THE APPLICABLE COSIGNER NOTICE.**

Notice to Customer: (a) Do not sign this before you read the Promissory Note even if otherwise advised. (b) Do not sign this if it contains any blank spaces. (c) You are entitled to an exact copy of any agreement you sign. (d) You have the right at any time to pay in advance the unpaid balance due under this agreement and you may be entitled to a partial refund of the finance charge.

I declare that the information provided above is true and complete to the best of my knowledge and belief. I have read the Promissory Note accompanying this application and the Notice to Cosigner. Promise to pay: Jointly and severally with the other signers below. I promise to pay the lender or any other holder of this loan all sums disbursed under the terms of the Promissory Note, plus interest and all other charges that may become due. The terms and conditions set forth in the Promissory Note constitute the entire agreement between us.

| Borrower Signature | SARAH  *Sarah N. Spruell*  SARAH M SPRUELL HS1994 CDA857440 A | (seal) | Date 08/08/2006 |
|---|---|---|---|

| Cosigner Signature (if applicable) | SARAH M. SWANN | (seal) | Date 08/16/2006 |
|---|---|---|---|

## Section D: School Certification   Must be completed by an authorized school official.

| School Name | N C AGRI & TECH STATE UNIV | School Code/Branch | 0029050000 | Disbursement Date (mm/dd/yy) | Disbursement Amount |
|---|---|---|---|---|---|

| For the Enrollment Period (not to exceed 12 months) First Date (mm/dd/yy) 08/01/2006  To Date (mm/dd/yy) 05/31/2007 | Grade Level (circle one) Please refer to instructions. Undergraduate 1 2 3 ④ 5  Graduate A B C D | 1. $ |
|---|---|---|

| Enrollment Status (check one) Full-time ☒ Half-time ☐ | Course of Study (refer to instructions) BUS | Anticipated Graduation Date (mm/dd/yy) | 2. / / | $ |
|---|---|---|---|---|

3. / / $

4. / / $

Total Certified Amount: $

I hereby certify that the Borrower is eligible for a Signature Student Loan; that the Total Certified Amount does not exceed the student's cost of attendance minus other financial aid; that the School will, at the request of the lender, provide the lender with subsequent information regarding the Borrower's whereabouts; that this School will comply with all applicable loan policies and provisions; and that information provided in Sections A and B is true, complete and correct to the best of my knowledge and belief.

| Authorized school official | | Print or type | | Phone |
|---|---|---|---|---|
| Sign and date | | Print or type | | |

ONWLD_SWIS     Return Application To: Sallie Mae • PO Box 147023 • Gainesville, FL 32614-7023 (Copyright © Sallie Mae 2006-06)     App Code: 3XSP601  Prom Note Code: 3XSP0602



# Signature Student Loan Promissory Note Document 3XSP0601

In this Promissory Note ("Note") the words "I," "me," "my," "mine" and "we" mean the borrower and cosigner who signed the application, unless the language specifically refers to only one or the other. "You," "your" and "yours" mean the lender as listed below and any subsequent holder of this Note.
Lender:

## A. PROMISE TO PAY

I promise to pay to your order according to the terms below the sum of: the Loan Amount Requested, to the extent it is advanced to me, or on my behalf, which includes the Supplemental Fees (together, the "Loan Amount"); other interest, fees and charges accrued or capitalized on the Loan Amount as described in this Note; and, in the event of default, reasonable attorney's fees, court costs and collection agency fees to the extent permitted by law.

## B. DEFINITIONS

1. Interim Period - The "Interim Period" will begin on the day of my first disbursement. My Interim Period will end 6 months after I graduate or drop below half-time enrollment at an eligible school. If I am enrolled in a health profession and obtain an internship or residency deferment within 6 months after leaving school, my Interim Period will end 6 months after the deferment ends.

2. Repayment Period - The "Repayment Period" will begin on the day after the Interim Period ends and will continue up to 360 months depending on my loan balance. If my loan is made six months or more after I graduate or drop below half-time enrollment there is no interim period and my Repayment Period begins on the day of my first disbursement.

3. Capitalized Interest and Other Amounts - From time to time, any interest, fees, charges and costs due and not yet paid may be added, without notice, to the principal amount of the loan. This addition is called "capitalizing." Since interest accrues on the outstanding principal balance, capitalizing increases the total cost of the loan.

4. Default - You may declare my loan in default following an event described in Section J except as follows: IDAHO, IOWA, KANSAS, MAINE and SOUTH CAROLINA RESIDENTS ONLY: I will be in default if I fail to make a payment as required by this Note (or within 10 days of the time required by this Note, for Iowa residents) or if the prospect of my payment or performance is significantly impaired. The burden of establishing the prospect of significant impairment is on the lender. WISCONSIN RESIDENTS ONLY: I will be in default (a) if I permit to be outstanding an amount exceeding 1 full payment which has remained unpaid for more than 10 days after its scheduled due date or deferred due date, or I fail to pay the first payment or the last payment within 40 days of its scheduled due date or deferred due date, or (b) if I fail to observe any other provision of this Note, the breach of which materially impairs my ability to pay the amounts due under the Note.

5. Disbursement Date - The date shown on the loan check or the date the loan funds are electronically transferred to my school named in Section D of the application ("School").

6. Interim Disclosure - The Truth in Lending Disclosure that will be sent at the time of my first disbursement and which is hereby incorporated into this Note.

7. Final Disclosure - The Truth in Lending Disclosure that will be sent at the time the repayment schedule for my loan is established and which is incorporated into this Note. In the event of any conflict between the Interim Disclosure and the Final Disclosure, the Final Disclosure shall govern.

8. The terms "Interest," "Late Charge," "Payment Return Fee," "Collection Costs," and "Supplemental Fees" are defined in the Note sections so titled. "Variable Rate" is defined under Section C, Interest, of this Note.

## C. INTEREST

1. Interest on this Note will accrue at the Variable Rate (as defined below), beginning on the first Disbursement Date, on the principal balance advanced and Capitalized Interest and Other Amounts, until the principal balance and all accrued interest are paid in full.

2. The Variable Rate will change monthly on the first day of each month if the Current Index changes. The Variable Rate for any month during the Interim Period and for the Repayment Period is the annual rate equal to the highest U.S. Prime Rate published in The Wall Street Journal "Money Rates" section, or any successor section or table for the purposes of displaying such rate, on the next to the last New York business day before the end of the prior month (the "Current Index"), plus or minus the percentage identified on my Interim Disclosure (the "Margin"), rounded to the nearest one-eighth of one percent (0.125%). A New York business day is defined as any day that is not a Saturday, Sunday, holiday or other day on which banking institutions in New York are authorized or ordered to close by law or executive order. For example, the Variable Rate for January will be determined by the highest U.S. Prime Rate published in The Wall Street Journal on the preceding December 30th if both the 30th and 31st are New York business days.

3. The Margin is based on my School, credit history and cosigner's credit history. Once set, the Margin does not change. If The Wall Street Journal is not published on the date to be used for the Current Index, then the Current Index will be determined by using the immediately preceding published U.S. Prime Rate. If the Current Index ceases to be available, you will choose a comparable substitute.

## D. TERMS OF REPAYMENT

1. I am not required to make payments during the Interim Period. You will capitalize unpaid accrued interest at the beginning of the Repayment Period. If I am an eligible health student, you will capitalize unpaid accrued interest annually during any residency or internship deferment, at the end of any residency or internship deferment period of less than 12 months, and when I enter repayment.

2. You and I agree that the repayment schedule will be established as follows: subject to the terms of paragraph 4 of this section, prior to the start of the Repayment Period you will send me a Final Disclosure setting forth an initial repayment schedule whereby I will repay my loan in consecutive monthly installments of principal and interest calculated to equal the amounts necessary to amortize the unpaid principal and interest at the Variable Rate then in effect over the entire Repayment Period. You will also send me statements showing the amounts and payment due dates of my monthly payments.

3. Subject to the terms of paragraph 4 of this Section, you will revise the repayment schedule so that I will repay my loan in consecutive monthly installments of principal and interest calculated to equal the amounts necessary to amortize the unpaid principal and interest at the Variable Rate then in effect over the number of months remaining in the Repayment Period with the payment amount changing in the months of February, May, August, and November, as necessary. The statements that you send me will reflect any changes in the amounts of my monthly payments.

4. I may choose a graduated repayment option, if available. If I convert to this option, I will notify you in writing.

5. I will make consecutive monthly payments during the Repayment Period in the amounts and on or before the payment due dates shown on my statements until I have paid all of the principal and interest and any other fees, charges, and costs I may owe under this Note.

6. Since interest accrues daily upon the unpaid principal balance of my loan, if I make payments after my payment due dates, I may owe additional principal and interest, fees and charges at the end of the Repayment Period. In such case, I shall pay the additional amounts, and you may, but are not required to, lengthen the Repayment Period.

7. Notwithstanding paragraphs 3, 4 and 6 of this Section, I agree to pay at least $50 per month, or the unpaid balance, whichever is less, on all my Signature Student Loans.

8. Payments will be applied first to applicable fees, then to accrued interest, and the remainder to principal, as permitted by applicable law. Payments in excess of the

(Copyright © Sallie Mae 2000-06) 3XSP0601

# NAVIƎNT.

P.O. Box 9640
Wilkes-Barre PA 18773-9640
Navient.com

SARAH M SWANN                    4691
SARAH L SPRUELL                  C108
5505 LANSING DR
TEMPLE HILLS MD 20748-4003



August 20, 2015

### Notice of Loan(s) Status and Potential Actions

Dear SARAH M SWANN:

Because of your severe delinquency, your Navient student loan has reached a critical point and is headed for default. To avoid elevated collection activities, you must make acceptable payment arrangements immediately. Call us toll free at 800-293-6691 today.

Your credit report continues to be impacted. Unless you resolve your account before 09/09/2015, additional collection options will be considered, which may include:

**Collection Agency Referral:** Your account may be referred to a collection agency. While your account is at the agency, elevated collection activities will take place to recover your obligatory amount owed.

If the collection agency cannot recover a satisfactory amount, your account may then be reviewed for possible:

**Attorney Referral:** Accounts not resolved by a collection agency may be reviewed for possible referral to a collection attorney licensed to practice law in your state. If legal action is filed against you, Navient will seek to obtain the maximum recovery permitted by law.

**If your loan goes into default, you may be required to immediately repay the entire balance of your loan rather than just the monthly payments that you have missed.**

We'd prefer to work directly with you to resolve your account ourselves, rather than referring your account to a third party. Navient account managers are available to help you resolve this today. Please take this opportunity to call us toll free at 800-293-6691. We're here to help you Monday - Friday 8 a.m. to 9 p.m., and Saturday 8 a.m. to 12 p.m., ET.

Sincerely,

Navient Collections

*This is an attempt to collect a debt and information obtained will be used for that purpose.*

ID12 062278 3 19 9/20/18 Scanner2

# NAVIΣNT.

P.O. Box 6180
Indianapolis IN 46206-6180
Navient.com

SARAH M SWANN                    12557
SARAH L SPRUELL                  N205
5505 LANSING DR
TEMPLE HILLS MD 20748-4003



May 21, 2018

## Please call us

Dear SARAH M SWANN:

We recently received an inquiry regarding your account.

Because of your account status, we ask that you contact us at 866-291-4403 to discuss any questions or concerns you may have regarding your account. A specialist will work with you further to adequately address your concerns.

Sincerely,

Navient Customer Service

# NAVIENT.

P.O. Box 3779
Wilkes-Barre PA 18773-3779
Navient.com

SARAH M SWANN
SARAH L SPRUELL
5505 LANSING DR
TEMPLE HILLS MD 20748-4003

2807
N206



June 6, 2018

## SARAH M SWANN, we've closed your identity theft claim on your education loan.

After carefully reviewing all the information provided to us, we have been unable to confirm your claim. As a result, the identity theft investigation for the loan referenced above has been closed. You remain responsible for repayment of the loan according to the terms of the promissory note.

**What you will see on your credit report**
We will update your credit report to reflect your disputed loan with the following comment:

*Completed investigation of FCRA direct dispute - consumer disagrees*

**If you wish to have this narrative removed from your credit report,** call us at 800-891-1391 or write us at P.O. Box 3779, Wilkes-Barre, PA. 18773-3779. Please include your name, address, and account/loan number(s), and indicate that you wish to have the dispute narrative removed from your credit report.

**Submitting additional documents**
If you have new or additional information to provide us to aide in the investigation of the identity theft claim, you can submit your documents by using one of the following methods (please be sure to write your account number on all documents):

**Online:** Log in to your account at Navient.com to upload your documents.
**By fax:** 570-200-6201
**By mail:** Navient, Attn: Identity Theft/Forgery Investigations, P.O. Box 3779, Wilkes-Barre, PA 18773-3779

**We're here to help**
Please call us at 800-891-1391. We're here to help you Monday - Friday, 8:00 a.m. - 5:00 p.m., ET.

Sincerely,

Navient Identity Theft and Forgery Investigations

**Important disclosure(s)**

The Fair Credit Reporting Act requires lenders and servicers, such as Navient, who report information to the consumer reporting agencies to do so with accuracy. Therefore, we cannot remove accurate information from your credit report.

| | |
|---|---|
| Statement Date: | 07/23/18 |
| ID Number: | ▮▮▮▮ |
| Original Creditor: | SALLIE MAE BANK (AMS) |
| Original Creditor Address: | 11100 USA PARKWAY FISHERS IN 46037 |
| Current Creditor: | NAVIENT |
| Account Number: | ▮▮▮▮▮▮ |
| Total Current Balance: | $47,005.58 |



## Asset Recovery SOLUTIONS, LLC

### 877-721-9336

Sarah M Swann
5505 Lansing Dr
Temple Hills, MD 20748

We have been asked to contact you by our client, NAVIENT, regarding your past due account with them. Their records indicate that your payment has not been received or processed as of the date of this correspondence. Therefore, the account has been placed with our office for collection. We want you to know that you do have options to resolve this account!

1.  Our office will allow you to resolve your account for $7035.47 in 1 payment(s) of $7035.47. Your first payment is due on August 22 2018. We are not obligated to renew this offer. Upon receipt and clearance of the 1 payment(s), the account will be considered satisfied and closed.

2.  If you are unable to accept the offer(s) above, please contact our office for a partial payment plan that you can afford. We take pride in working with all customers, regardless of your current financial position.

This communication is from a debt collector. This is an attempt to collect a debt. Any information obtained will be used for that purpose. Unless you notify this office within 30 days after receiving this notice that you dispute the validity of the debt or any portion thereof, this office will assume this debt is valid. If you notify this office in writing within 30 days from receiving this notice, that the debt or any portion thereof is disputed, this office will obtain verification of the debt or obtain a copy of a judgment and mail a copy of such judgment or verification. If you request this office in writing within 30 days after receiving this notice, this office will provide you with the name and address of the original creditor, if different from current creditor.

The account balance may periodically increase due to the addition of accrued interest as provided in your agreement with the original creditor or as otherwise provided by law.

The law limits how long you can be sued on a debt. Because of the age of your debt, NAVIENT will not sue you for it.

---

### Asset Recovery Solutions, LLC Contacts

**Hours of Operation:**
Monday - Thursday 8 AM - 9 PM CT
Friday: 8 am – 5 pm CT
Saturday: 8 AM-12 CT

**Send Mail To:**
Asset Recovery Solutions, LLC
2200 E. Devon Ave Ste 200
Des Plaines, IL 60018-4501

**Find us Online at:**
www.assetrecoverysolutions.com

- - - - - - - - - - Detach and Return with Payment - - - - - - - - - -

2200 E. Devon Ave Ste 200
Des Plaines, IL 60018-4501

| IF PAYING BY CREDIT CARD, FILL OUT BELOW. | |
|---|---|
| VISA ☐ VISA |  ☐ MasterCard |
| CARD NUMBER | |
| SIGNATURE | EXP DATE |
| ID NUMBER ▮▮▮ | PAY THIS AMOUNT $47,005.58 / AMOUNT PAID $ |
| ACCOUNT NUMBER ▮▮▮ | CURRENT CREDITOR NAVIENT |

Sarah M Swann
5505 Lansing Dr
Temple Hills, MD 20748-4003

2456

**Please send payments and correspondence to:**

Asset Recovery Solutions, LLC
2200 E. Devon Ave Ste 200
Des Plaines, IL 60018-4501



**CISCO**
CREDIT INFORMATION SERVICES COMPANY

2815 S. ALMA SCHOOL RD. #109, MESA, AZ 85210
Phone:   (800) 804-0043
Fax:     (888) 512-2385

<u>Add Product</u>

## MERGED INFILE CREDIT REPORT

| | | | | | | |
|---|---|---|---|---|---|---|
| FILE # | ▉▉▉ **FNMA #** | | DATE COMPLETED | 10/22/2017 | RQD' BY | DARREN SOODAK |
| SEND TO | BANCSTAR MORTGAGE LLC | | DATE ORDERED | 10/22/2017 | | |
| | CUST. # 240BSM | | REPOSITORIES | XP/TU/EF | PRPD' BY | |
| | 8120 WOODMONT AVE STE 830 | | PRICE | $13.38 | LOAN TYPE | |
| | BETHESDA, MD 20814 | | REF. # | b17081101 | | |

PROPERTY ADDRESS

| APPLICANT | | CO-APPLICANT | |
|---|---|---|---|
| APPLICANT | TILLERY, SARAH M | CO-APPLICANT | |
| SOC SEC # | ▉▉▉-4980   DOB  2/20/1963 | SOC SEC # | DOB |
| MARITAL STATUS | NOT DISCLOSED | DEPENDENTS | |
| CURRENT ADDRESS | 5505 LANSING DRIVE, TEMPLE HILLS, MD 20748 | LENGTH | |
| PREVIOUS ADDRESS | | LENGTH | |

### SCORE MODELS

EQUIFAX/FICO CLASSIC V5 FACTA - SARAH TILLERY - ▉▉▉▉
SCORE: **660**
00038 - SERIOUS DELINQUENCY, AND DEROGATORY PUBLIC RECORD OR COLLECTION FILED
00014 - LENGTH OF TIME ACCOUNTS HAVE BEEN ESTABLISHED
00010 - PROPORTION OF BALANCES TO CREDIT LIMITS IS TOO HIGH ON BANK REVOLVING OR OTHER REVOLVING ACCOUNTS
00020 - LENGTH OF TIME SINCE DEROGATORY PUBLIC RECORD OR COLLECTION IS TOO SHORT
FA - NUMBER OF INQUIRIES ADVERSELY AFFECTED THE SCORE, BUT NOT SIGNIFICANTLY

TRANSUNION/FICO CLASSIC (04) - SARAH TILLERY - ▉▉▉▉
SCORE: **677**
038 - SERIOUS DELINQUENCY, AND PUBLIC RECORD OR COLLECTION FILED
010 - PROPORTION OF BALANCES TO CREDIT LIMITS IS TOO HIGH ON BANK REVOLVING OR OTHER REVOLVING ACCOUNTS
013 - TIME SINCE DELINQUENCY IS TOO RECENT OR UNKNOWN
021 - AMOUNT PAST DUE ON ACCOUNTS
FA - INQUIRIES IMPACTED THE CREDIT SCORE

EXPERIAN/FAIR, ISAAC (VER. 2) - SARAH M TILLERY - ▉▉▉▉
SCORE: **711**
38 - SERIOUS DELINQUENCY AND PUBLIC RECORD OR COLLECTION FILED
10 - PROPORTION OF BALANCE TO HIGH CREDIT ON BANK REVOLVING OR ALL REVOLVING ACCOUNTS
14 - LENGTH OF TIME ACCOUNTS HAVE BEEN ESTABLISHED
02 - LEVEL OF DELINQUENCY ON ACCOUNTS
08 - TOO MANY INQUIRIES LAST 12 MONTHS

### PUBLIC RECORDS

| | | | |
|---|---|---|---|
| B B US BKPT CT GREENBELT | File Date: 09/11 | Plaintiff: | |
| Docket #: ▉▉▉▉ | Amount: $0 | Action Type: CHAPTER 7 BANKRUPTCY | |
| Source: XP/TU/EF | Status Date: 12/11 | Status: DISCHARGED | |
| *** -DSP-12/11 | | | |

Request New Tradeline                                                      Display Trended Data

### DEROGATORY ACCOUNTS

| E C O A | W H O S E | CREDITOR | DATE REPORTED | DATE OPENED / DLA | HIGH CREDIT OR LIMIT / ACCT TYPE | BALANCE / TERMS | PAST DUE | MO REV | 30 | 60 | 90+ | STATUS / SOURCE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| J | B | NAVIENT ▉▉▉▉▉ | 10/17 | 08/06 05/16 | $37544 EDU | $44210 360 $306 | $9488 | 99 | 0 | 1 | 8 | CHARGE OFF XP/TU/EF |

Late Dates: 11/15-150+, 10/15-150+

**ECOA KEY: B=BORROWER; C=CO-BORROWER; J=JOINT; U=UNDESIGNATED; A=AUTHORIZED USER; P=PARTICIPANT; S=CO-SIGNER**

CISCO/CREDITFAX: 2815 S. ALMA SCHOOL RD. #109, MESA, AZ 85210 (P) (800) 804-0043 (F) (888) 512-2385
The information is furnished in response to an inquiry for the purpose of evaluating credit risks. It has been obtained from sources deemed reliable, the accuracy of which this organization does not guarantee. The inquirer has agreed to indemnify that reporting bureau for any damage arising from misuse of this information, and this report is furnished in reliance upon that indemnity. It must be held in strict confidence and complies with the provisions of Public Law 91-508, the Fair Credit Reporting Act. Reporting bureau certifies that all Residential Mortgage Credit Reports meet the standards prescribed by FNMA, FHMC, FHA, VA and the Farmers Home Administration.



# NORTH CAROLINA AGRICULTURAL AND
# TECHNICAL STATE UNIVERSITY

DIVISION OF BUSINESS & FINANCE
THE TREASURER'S OFFICE

December 11, 2006

Sarah Spruell
███████ 1911

The above named student plans to enroll at North Carolina A&T State University for Spring 2007 semester.

| | |
|---|---|
| Tuition | $ 5,718.00 |
| Required Fees | $ 506.00 |
| Athletics Fee | $ 204.00 |
| Student Insurance | $ 229.00 |
| Housing | $ 2,376.50 |
| Meal Plan | $ 1,102.50 |
| Total Balance | $10,136.00 |

The University reserves the right to increase or decrease all fees and charges as well as add or delete all expense items without advance notice, As circumstances in judgment of the administration may require.

All payments should be mailed to the NC A&T State University Attn: Treasurer's Office 1601 East Market Street Greensboro, NC 27411.

If you should have any questions or concerns regarding this student please don't hesitate to call our office at 336-334-7721 or 336-334-7722.

Thank You,

Lucretia Long
Administrative Assistant
Treasurer's Office

www.SallieMae.com
PO BOX 147023
GAINESVILLE FL 32614-7023

(800) 695-3317

SARAH M SWANN
47078 SORRELL DRIVE
LEXINGTON PARK     MD  20653 4400

Account Number: ███████

Dear SARAH M SWANN,                                              08/23/06

RE: SARAH L SPRUELL

Loan Program:  SIGNATURE STUDENT LOAN

We have approved the above referenced borrower and loan for which you
are a cosigner. The funds are being sent directly to the school. We are
notifying the borrower of this as well.

A Truth in Lending Disclosure Statement for this loan is enclosed.
It lists the anticipated dates of future disbursements as well as
other important information about the loan. Please keep this document
with your other loan papers for reference.

The loan is due to be repaid when the student leaves school, and we will
provide more information as that time approaches. In the meantime, if
you have any questions about this loan or your responsibilities as a
co-borrower, please let us know.

Loan Origination Department

Enclosure: Truth in Lending Disclosure Statement



# Signature Student Loan®

*Application and Promissory Note*

For Loan Applications Received by May 31, 2007

**Academic Year 2006-2007**

XS

## Section A: Borrower Information   Please read instructions before completing this section.

| Social Security Number | 1911 | Last Name and Suffix | SPRUELL | First Name | SARAH | MI | L |
|---|---|---|---|---|---|---|---|

| Permanent Address (No P.O. Boxes) | 7234 Brookbank Lane | City | Raleigh | State | NC | ZIP Code | 27615 |
|---|---|---|---|---|---|---|---|

| Permanent Phone Number | (240) 395-3101 | Cellular Phone Number | (240) 395-3101 | Time at Address (if less than one year, provide prior address) | | Years | 0 | Months | 2 |
|---|---|---|---|---|---|---|---|---|---|

| Prior Address | 2008 South Mebane St | City | Burlington | State | NC | ZIP Code | 27615 |
|---|---|---|---|---|---|---|---|

| Address While at School | 7234 Brookebank Lane | City | Raleigh | State | NC | ZIP Code | 27615 |
|---|---|---|---|---|---|---|---|

| Phone Number While at School | (240) 395-3101 | Date of Birth (mm/dd/yy) | 10/28/1985 | Email Address | lanise_mi_amor@yahoo.com |
|---|---|---|---|---|---|

Citizenship (check one): a) U.S. Citizen ☑  b) Non-Citizen Permanent Resident ☐  c) Foreign Resident ☐
d) Foreign Resident are eligible for a Social Security Number ☐   Note: For options b, c or d see instructions.
Have you ever defaulted on a student loan? (check one)  Yes ☐  No ☒   If yes, see instructions for required action

| Total Loan Amount Requested | $ 23,000.00 | | Enrollment Period for which you want to borrow | From (mm/yy) 08/06 | To (mm/yy) 05/07 |
|---|---|---|---|---|---|

| School Name | N C AGRI & TECH STATE UNIV | City | GREENSBORO | State | NC |
|---|---|---|---|---|---|

| Grade Level (enter in instructions) | 04 | Course of Study (enter in instructions) | BUS | Current Outstanding Student Loan Debt (enter in instructions) $ 23,000.00 |
|---|---|---|---|---|

References—You must provide two (2) adult references other than the cosigner

| 1) Last Name and Suffix | swann | First Name | sarah | MI | m | Relationship to Borrower | Mother |
|---|---|---|---|---|---|---|---|
| Email Address N/A | | Permanent Phone Number | (301) 863-8425 | | | Alternate Phone Number | (301) 919-0776 |

| 2) Last Name and Suffix | daniels | First Name | joyce | MI | | Relationship to Borrower | Employer |
|---|---|---|---|---|---|---|---|
| Email Address N/A | | Permanent Phone Number | (301) 248-0347 | | | Alternate Phone Number | (301) 518-5228 |

## Section B: Cosigner Information   Please read instructions before completing this section.

| Social Security Number | 4980 | Last Name and Suffix | swann | First Name | sarah | MI | m |
|---|---|---|---|---|---|---|---|

| Address (No P.O. Boxes) | 47078 Sorrell Drive | City | Lexington Park | State | MD | ZIP Code | 20653 |
|---|---|---|---|---|---|---|---|

| Permanent Phone Number | (301) 863-8425 | Cellular Phone Number | (301) 919-0776 | Time at Residence (if less than one year, provide prior address) | | Years | 1 | Months | 6 |
|---|---|---|---|---|---|---|---|---|---|

| Prior Address (No P.O. Boxes) | 47078 Sorrell Drive | City | Lexington Park | State | MD | ZIP Code | 20653 |
|---|---|---|---|---|---|---|---|

Citizenship (check one): a) U.S. Citizen ☒  b) Non-Citizen Permanent Resident ☐   Note: For options b, c see instructions.
Date of Birth (mm/dd/yy) 02/20/1963
Have you ever defaulted on a student loan? (check one)  Yes ☐  No ☒   If yes, see instructions for required action

| Present Employer Name | Washington Sanitary Suburban | Employer Address (City, State, ZIP Code) | Hyattsville MD | Work Phone Number | (301) 206-4283 |
|---|---|---|---|---|---|

Gross Monthly Income (see instructions) Note: You do not have to reveal alimony, child support or separate maintenance income unless you wish it to be considered as a basis for loan repayment
Salary $ 2,202.00   Source:   Other: $ 638.00   Source: Child Support
Monthly Mortgage/Rent Amount (check one)  $ 2,060.00   Own ☐  Rent ☐
Cosigner's Email Address  lanise_mi_amor@yahoo.com

References—You must provide two (2) adult references other than the borrower

| 1) Last Name and Suffix | Capers | First Name | Barbara | MI | C | Relationship to Cosigner | Friend |
|---|---|---|---|---|---|---|---|
| Email Address N/A | | Permanent Phone Number | (301) 218-9543 | | | Alternate Phone Number | (301) 325-2715 |

| 2) Last Name and Suffix | Drakeford | First Name | Carolyn | MI | D | Relationship to Cosigner | Sister |
|---|---|---|---|---|---|---|---|
| Email Address N/A | | Permanent Phone Number | (301) 420-5319 | | | Alternate Phone Number | (301) 928-2048 |

## Section C: Borrower and Cosigner Signature

**CAUTION – IT IS IMPORTANT THAT YOU THOROUGHLY READ THE CONTRACT BEFORE YOU SIGN IT. I, THE COSIGNER, HAVE READ THE APPLICABLE COSIGNER NOTICE.**

Notice to Customer (a) Do not sign this before you read the Promissory Note even if otherwise advised. (b) Do not sign if it contains any blank spaces. (c) You are entitled to an exact copy of any agreement you sign. (d) You have the right at any time to pay in advance the unpaid balance due under this agreement and you may be entitled to a partial refund of the finance charge.

I declare that the information provided above is true and complete to the best of my knowledge and belief. I have read the Promissory Note accompanying this application and the Notice to Cosigner. Promise to pay: Jointly and severally with the other signers below. I promise to pay the lender or any other holder of this loan all sums disbursed under the terms of the Promissory Note, plus interest and all other charges that may become due. The terms and conditions set forth in the Promissory Note constitute the entire agreement between us.

| Borrower Signature | SARAH L SPRUELL (seal) | Date 08/08/2006 |
|---|---|---|
| Cosigner Signature (if applicable) | SARAH M SWANN (seal) | Date 08/16/2006 |

## Section D: School Certification   Must be completed by an authorized school official.

| School Name | N C AGRI & TECH STATE UNIV | School Code/Branch | 0029050000 | Disbursement Date (mm/dd/yy) | Disbursement Amount |
|---|---|---|---|---|---|

| For the Enrollment Period (not to exceed 12 months) From Date (mm/dd/yy) 08/01/2006 | To Date (mm/dd/yy) 05/31/2007 | Grade Level (circle one) Please defer to instructions Undergraduate: 1  2  3  ④  5   Graduate: A  B  C  D | 1. / / | 1. $ |
|---|---|---|---|---|
| | | | 2. / / | 2. $ |
| Enrollment Status (check one) Full-time ☒  Half-time ☐ | Course of Study (enter in instructions) BUS | Anticipated Graduation Date (mm/dd/yy) | 3. / / | 3. $ |
| | | | 4. / / | 4. $ |
| | | | Total Certified Amount: $ | |

I hereby certify that the Borrower is eligible for a Signature Student Loan; that the Total Certified Amount does not exceed the student's cost of attendance minus other financial aid; that the School will, at the request of the lender, provide the lender with subsequent information regarding the Borrower's whereabouts; that this School will comply with all applicable loan policies and provisions; and that information provided in Sections A and B is true, complete and correct to the best of my knowledge and belief.

| Authorized school official: | | Print or type: | |
|---|---|---|---|
| Sign and date: | | name and title: | Phone: |

**Sallie Mae**
www.SallieMae.com
PO BOX 147023
GAINESVILLE FL 32614-7023

(800) 695-3317

## Signature Education Loan$^{SM}$ Program

08/23/06

SARAH L SPRUELL

**Lender:** SALLIE MAE BANK (AMS)　　　　**Loan Amount:** $ 17,687.00
**Loan Program:** SIG STUDNT　　　　　　　**Loan Date:** 08/23/06

The lender has approved a SIG STUDNT loan to you for $ 17,687.00. Refer to your promissory note for the definition of the Current Index. This loan's interest rate is equal to the Current Index and a Margin, rounded as provided in your Promissory Note, up to the maximum rate allowed by law. The Current Index is 8.250 %. The current Margin is 6.500 %. Your current interest rate is 14.750 %. When you enter repayment, your Margin will be 6.500 %. You will be charged a Supplemental Fee of 3.00 % at the beginning of repayment.

If you do not want the loan, immediately return the funds and this form to your Financial Aid Office.

## Truth in Lending Disclosure

| ANNUAL PERCENTAGE RATE:<br>The cost of your credit as a yearly rate | AMOUNT FINANCED:*<br>The amount of credit provided to you or on your behalf |
|---|---|
| 14.529 % •　　15.340 % •<br>Before repayment begins　After repayment begins | $ 17,687.00 |

'•' means estimate

**Variable Rate:**
The Annual Percentage Rate may increase if the Current Index increases as described in your Promissory Note. Any increase in the rate will take the form of higher regular payments. For example, assume that your loan is for $10,000 at 8% interest for 180 months. If the interest rate increases to 8.25% your monthly payment amount will increase from $95.57 to $97.00.

**Prepayment:**
If you repay all or part of this obligation early, you will not have to pay a penalty. You may receive a refund of part of the finance charge, if required by law.

**Late Charge:**
If any part of an installment is more than 15 days late, you may have to pay a late charge of $5.00 or 5% of the installment, whichever is greater.

**Security:**
You have given a security interest in any refund that may be due to the student from the school.

**Please see** your Promissory Note for information about nonpayment, default, the right to accelerate the maturity of the obligation, and prepayment rebates and penalties.

## *Itemization of Amount Financed

| | | |
|---|---|---|
| **LOAN AMOUNT:** | $ | 17,687.00 |
| **PREPAID FINANCE CHARGE:**<br>(Supplemental Fee of 00.000 %) | $ | .00 |
| **AMOUNT FINANCED:** | $ | 17,687.00 |

## Estimated Disbursement Schedule

| | DATE | LOAN<br>AMOUNT | SUPPLEMENTAL<br>FEES | AMOUNT<br>DISBURSED |
|---|---|---|---|---|
| 1st Disbursement | 08/23/06 | $ 8,844.00 | $ .00 | $ 8,844.00 |
| 2nd Disbursement | 01/04/07 | $ 8,843.00 | $ .00 | $ 8,843.00 |
| 3rd Disbursement | | $ | $ | $ |
| 4th Disbursement | | $ | $ | $ |



**SallieMae**
www.SallieMae.com
P.O. BOX 9500
WILKES-BARRE PA 18773-9500

(888) 272-5543

SARAH L SPRUELL
47078 SORREL DR
LEXINGTON PK MD 20653-4400

Account Number: ████████

|..|.||....||...||...||...||...||.||....|||...||....||..||..||.....|||

Dear SARAH L SPRUELL:                                    03/30/11

Thank you for the opportunity to service your student loan and invest in
your potential. The payment terms for your loan(s) listed below have
changed. Here is your updated payment schedule:

| NUMBER OF PAYMENTS | PAYMENT AMOUNT | DUE DATE |
|---|---|---|
| 71 | 246.50 | 06/01/11 |
| 1 | 246.49 | 05/01/17 |
| 1 | 160.59 | 02/01/31 |

| | | |
|---|---|---|
| Unpaid Principal Balance: | $ | 20,485.18 |
| *Accrued Interest to Be Capitalized: | $ | 1,469.71 |
| Outstanding Late Fees: | $ | 11.27 |
| Estimated Amount of Interest to Be Paid During Repayment: | $ | 22,807.05 |
| Estimated Total Amount to Be Paid: | $ | 44,761.94 |

\* **Deferment**: Unpaid interest may be capitalized (added to your
principal balance) at the end of a deferment for unsubsidized Stafford
loans disbursed on or after October 7, 1998, and as often as quarterly
during a deferment period and again at the end of this period for all
other Federal Family Education Loan Program (FFELP) loans.

\* **Forbearance**: Unpaid interest may be capitalized at the end of a
forbearance for Stafford loans disbursed on or after July 1, 2000, and
as often as quarterly during a forbearance period and again at the end
of this period for all other FFELP loans.

This schedule replaces <u>all</u> previous schedules for this loan(s). All of
the terms of your original promissory note(s) still apply.

**Why was there a change in my payment terms?**
Usually, payment terms change for one of the following reasons:
1) the deferment or forbearance period for which you have postponed
   making your monthly payments is about to end,
2) you requested a different monthly payment amount,
3) your repayment option has changed,

**Loan Information** *If you have questions or concerns about your account, write to us at the address provided above.*
The loans listed below are the loans referred to in this letter.

| LOAN DATE | ORIGINAL LOAN AMOUNT | OUTSTANDING PRINCIPAL | INTEREST RATE | LOAN PROGRAM |
|---|---|---|---|---|
| ■ 08/31/07 | $ 3,360.00 | $ 4,423.92 | 8.250 | TUITION*A |
| ■ 01/23/08 | 12,354.00 | 16,061.26 | 9.750 | TUITION*A |

PHONE (888) 272-5543  •  FAX (800) 848-1949  •  TDD/TTY (888) 833-7562            SallieMae.com

Para comunicarse en Español con 'Atención al Cliente',
llame gratis al 1-888-272-5543, y marque el numero correspondiente.

H204     SYSTEM     0001                          LWL11

 

**SallieMae**
www.SallieMae.com
P.O. BOX 9500
WILKES-BARRE PA 18773-9500



(888) 272-5543

185.1.89.40006   1 oz.
SARAH L SPRUELL
47078 SORREL DR
LEXINGTON PK MD 20653-4400

# Invoice

| | |
|---|---|
| MAKE CHECK PAYABLE TO: | SALLIE MAE |
| AND SEND TO OUR PAYMENT ADDRESS: | PO BOX 9533 WILKES-BARRE PA 18773-9533 |

ACCOUNT NUMBER:

CURRENT PHONE IS: (301) 863-4520
Changed your address or phone number?
Please visit www.SallieMae.com to update your information.

*Please detach and return with payment.*

| PRINCIPAL BALANCE | LAST PMT REC'D | LAST PMT AMT | TODAY'S DATE | CORRESPONDENCE ADDRESS: P.O. BOX 9500 WILKES-BARRE PA 18773-9500 |
|---|---|---|---|---|
| $  113,243.71 | 02/09/11 | $      349.61 | 02/28/11 | |

*For a loan level breakdown of the above totals please see page 2.*

Thank you for the opportunity to service your student loan and invest in your potential.

**Pay A Little Now, Save A Lot Later.**
As your partner in saving, planning and paying for education, we're writing to let you know that by making payments now, while you're still in school, you can potentially save thousands of dollars in interest over the life of your loan. Making small monthly payments now reduces the amount of capitalized interest and can save you a lot later.

**Start Saving Today.**
The choice is yours. You can pay any amount you wish each month. And, it's easy to make a payment and start saving money. Here's how:
 - Visit SallieMae.com and log in to your account; OR
 - Write the amount of interest you wish to pay in the space provided on the attached payment coupon.

**Your Loan Details.**
 - Outstanding Interest*                    $1,517.75
   (interest that has not been paid or added to your loan balance)
 - Last Interest Capitalization Date        02/09/11
   (date when accrued interest was added to your loan balance)
 - Aggregate Last Interest Capitalization Amount    $2,703.72
   (total amount added to your loan balance on Last Interest Capitalization Date)
 - Outstanding Loan Balance                 $113,243.71
   (total amount you owe, as of this statement)
 - Anticipated Repayment Begin Date:        02/05/09
   (expected date when you will legally be required to begin paying back your loan)

**Questions?**
Contact us at 888-2-SALLIE (888-272-5543). We're here for you
Monday-Thursday 8 a.m. to 9 p.m., and Friday from 8 a.m. to 8 p.m., ET.

---

PHONE (888) 272-5543    FAX (800) 848-1949    TDD/TTY (888) 833-7562    24 HRS/7 DAYS    www.SallieMae.com

Para comunicarse en Español con 'Atención al Cliente',
llame gratis al 1-888-272-5543, y marque el numero correspondiente.

P400    SYSTEM 0001

1012 662278 3 29 9 20 18 Scanner 7

**SallieMae**
www.SallieMae.com

P.O. BOX 9500
WILKES-BARRE PA 18773-9500



(888) 272-5543

610.1.0.6013   1 oz.
SARAH L SPRUELL
47078 SORREL DR
LEXINGTON PK MD 20653-4400

Account Number: ▮▮▮▮▮▮▮

|ıl.|Ill...l..l..l..ll.l.l.l..lll...ll..ll..ll.l.l..ll|

Dear SARAH L SPRUELL:                                03/30/11

Thank you for your business with Sallie Mae. The payment terms for your
loan(s) starred(*) below have changed.  Here is your updated payment
schedule:

| NUMBER OF PAYMENTS | PAYMENT AMOUNT | DUE DATE |
|---|---|---|
| 119 | 393.86 | 06/01/11 |
| 1 | 394.19 | 05/01/21 |
| 56 | 341.86 | 06/01/21 |
| 1 | 340.44 | 02/01/26 |
| 1 | 28.83 | 03/01/26 |
| 1 | 28.93 | 04/01/26 |

| | | |
|---|---|---|
| Unpaid Principal Balance: | $ | 36,832.51 |
| Accrued Interest to Be Capitalized: | $ | 954.88 |
| Outstanding Late Fees: | $ | 2.48 |
| Total Principal to Be Paid: | $ | 37,787.39 |
| Estimated Amount of Interest to Be Paid During Repayment: | $ | 29,018.50 |
| Estimated Total Amount to Be Paid: | $ | 66,805.89 |

This schedule replaces all previous schedules for these loan(s) and
does not include any past due amounts. All of the terms of your
original promissory note(s) still apply.

Note: Due to interest accruing on your unsubsidized loan(s) and being
added (or capitalized) to the outstanding balance, your principal
balance may have increased. This happens when a grace, deferment, or
forbearance period expires.

Why was there a change in my payment terms?
Usually, payment terms change for one of the following reasons:
1) the deferment or forbearance period for which you have postponed
   making your monthly payments is about to end,
2) you requested a different monthly payment amount,
3) your repayment option has changed,
4) your school separation date was updated to an earlier date than
   previously reported,
5) your interest rate has changed, or

**Loan Information**  *If you have questions or concerns about your account, write to us at the address provided above.*
The loans listed below are the loans referred to in this letter.

| LOAN DATE | ORIGINAL LOAN AMOUNT | OUTSTANDING PRINCIPAL | INTEREST RATE | LOAN PROGRAM |
|---|---|---|---|---|
| ● 08/23/86 | $ 17,687.00 | $ 28,705.57 | 9.750 | SIG STUDNT |
| ■ 05/29/88 | 4,284.00 | 4,795.18 | 4.750 | TUITIONMA |
| ● 09/23/09 | 3,000.00 | 3,331.64 | 6.125 | SIG STUDNT |

PHONE (888) 272-5543 • FAX (800) 848-1949 • TDD/TTY (888) 833-7562        SallieMae.com

Para comunicarse en Español con 'Atención al Cliente',
llame gratis al 1-888-272-5543, y marque el número correspondiente.

H003   SYSTEM      0001                        LWLJ1



**Sallie Mae**
www.SallieMae.com
P.O. BOX 9500
WILKES-BARRE PA 18773-9500

(888) 272-5543

SARAH L SPRUELL
47078 SORREL DR
LEXINGTON PK MD 20653-4400

Account Number: ███████

Iıdılllıllıdıldlııllııldıldılllıdlıılılılıllll

Dear SARAH L SPRUELL:                          03/30/11

Thanks for letting us take care of your student loan account and invest
in your potential. The repayment terms on your private student loan(s)
listed below are changing. This Repayment Statement has the updated
payment amount(s), due date(s), and other financial information for your
private student loan(s):

### REPAYMENT STATEMENT

| NUMBER OF PAYMENTS | PAYMENT AMOUNT | DUE DATE |
|---|---|---|
| 178 | 470.47 | 06/01/11 |
| 1 | 468.43 | 04/01/26 |
| 1 | 47.89 | 05/01/26 |
| 1 | 8.69 | 06/01/26 |

| | | |
|---|---|---|
| Unpaid Principal Balance: | $ | 55,796.72 |
| Accrued Interest to Be Capitalized: | $ | 744.32 |
| Outstanding Late Fees | $ | 0.00 |
| Outstanding Other Charges: | $ | 0.00 |
| Total Principal to Be Paid**: | $ | 56,541.04 |
| Estimated Amount of Interest to Be Paid During Repayment: | $ | 27,727.63 |
| Estimated Total Amount to Be Paid: | $ | 84,268.67 |

**This includes any future scheduled disbursements.

**Why Your Repayment Terms are Changing (One or More may be Applicable)**
1) Your loan's grace period or separation period has expired, and the
   principal and interest repayment period is about to begin.
2) Your enrollment status has changed.
3) You requested to make interest-only payments.
4) Your monthly payment amount has changed from interest only to
   principal and interest.
5) The payment due date for your loan(s) has changed.
6) The deferment or forbearance on your loan is ending soon, and
   interest may be capitalized (added to loan principal), depending on

**Loan Information** *If you have questions or concerns about your account, write to us at the address provided above.*
The loans listed below are the loans referred to in this letter.

| LOAN DATE | ORIGINAL LOAN AMOUNT | OUTSTANDING PRINCIPAL | INTEREST RATE | LOAN PROGRAM |
|---|---|---|---|---|
| • 08/25/04 | $ 15,595.00 | $ 23,616.91 | 5.250 | SIG STUDNT |
| • 01/27/05 | 1,800.00 | 1,286.92 | 3.250 | SIG STUDNT |
| • 08/10/05 | 17,500.00 | 26,403.44 | 6.250 | SIG STUDNT |
| • 08/24/07 | 3,413.00 | 4,489.45 | 6.250 | SIG STUDNT |

---

PHONE (888) 272-5543 • FAX (800) 848-1949 • TDD/TTY (888) 833-7562          SallieMae.com

Para comunicarse en Español con 'Atención al Cliente',
llame gratis al 1-888-272-5543, y marque el numero correspondiente.



H222    SYSTEM    0001                           LWL11



**NAVIENT.**

Attn: Identity Theft/Forgery Investigations
PO Box 3779
Wilkes-Barre, PA 18773-3779

October 26, 2015

Sarah Swann
5505 Lansing Dr
Temple Hills, MD 20748-4003

Dear Sarah Swann:

Recently, we received an allegation of identity theft from you indicating that a Navient loan(s) are not yours or may be the result of identity theft. We have performed an investigation and concluded that the information we have provided regarding the loan(s) to the consumer reporting agencies is valid.

If you still believe that the loan is not yours or that the loan is a result of identity theft, please complete the enclosed Identity Theft Affidavit, sign it and have it notarized. Return it to us along with the required documents, as indicated in the Instructions for Completing the Identity Theft Affidavit. If we do not hear from you, we will continue to consider you responsible for the loan(s) until it's repaid.

For assistance in obtaining an identity theft report, or to further discuss this allegation and provide us with additional information for reinvestigation, call us toll free at 800-891-1391. We're here to help you Monday – Friday 8 a.m. to 5 p.m. ET.

We have updated your credit report to reflect your disputed loan(s) as follows:

   *Completed investigation of FCRA dispute — consumer disagrees.*

This narrative will be reflected on your credit report for each open loan you included in your dispute and will be included with our next update to the consumer reporting agencies.

If you wish to have this narrative removed from your credit report, please write to us at P.O. Box 3779, Wilkes-Barre, PA, 18773. Please include your name, address, and account/loan number(s), and indicate that you wish to have the dispute narrative removed from your credit report.

Sincerely,

Navient Identity Theft and Forgery Investigations

Enclosure

# ID Theft Affidavit

## Victim Information

1) My full legal name is: *Sarah*  *Mae*  *Swann-Tillery*
    (First)      (Middle)      (Last)      (Jr., Sr., III)

2) (If different from above) When the events described in this affidavit took place, I was known as:
    *Sarah*  *Mae*  *Swann*
    (First)      (Middle)      (Last)      (Jr., Sr., III)

3) My date of birth is *02/20/1963*      (Month/Day/Year)

4) My Social Security number is ████████ *4980*

5) My current email address *sroaddog1@aol.com*

6) My email address at the time of the application *sswann@wsscwater.com*

7) My driver's license or identification card state and number are _____

8) My current address is *5505 Lansing Drive*
    City *Temple Hills*      State *Md*      Zip Code *20748*

9) I have lived at this address since *12/2012* _____ (month/year)

10) (If different from above) When the events described in this affidavit took place, my address
    was *47078 Sorrel Drive*
    City *Lexington Park*      State *Md*      Zip Code *20653*

11) I lived at my previous address from *3/2005* until *12/2012* (month/year)

12) My daytime telephone number is ( *301* ) *449-1646*

13) My evening telephone number is ( *301* ) *449-1646*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

*If you are unable to complete this affidavit, a legal guardian or someone with power of attorney may complete it for you. In the event a power of attorney completes this form on your behalf, a copy of the signed/notarized power of attorney should be included when returning this form. The information you provide will be used only by a party to the debt or applicable law enforcement agency involved in processing your affidavit, investigating the events you report, and helping to stop further identity theft. If this affidavit is requested in a lawsuit, we may have to provide it to the requesting party. Completing this affidavit does not guarantee that the identity thief will be prosecuted or that the debt will be cleared.*

# How the Identity Theft Occurred

**Check all that apply for items 13-18:**

14) ✓ I did not authorize anyone to use my name or personal information to seek the money, credit, or loans described in this report.

15) ✓ I did not sign any applications, loan notes, credit agreements or loan checks in connection with the fraudulent loan(s).

16) ✓ I did not receive any benefit or money as a result of the events described in this report.

17) ✓ My identification documents (for example, credit cards, birth certificate, driver's license, Social Security card, etc.) were:
✓ stolen __ lost on or about _____ (day/month/year)

18) __ To the best of my knowledge and belief, the following person(s) used my information (for example, my name, address, date of birth, existing account numbers, Social Security number, mother's maiden name, etc.) or identification documents to get money, credit, or loans without my knowledge or authorization:

Name *Sallie Mae* _____
Address _____
Phone Number(s) _____

19) __ I do NOT know who used my information or identification documents to get money, credit, or loans without my knowledge or authorization.

20) Additional comments: Please include a description of the identity theft, which documents or information was used and how the identity thief gained access to your information. (Attach Additional Pages As Necessary)

_____
_____
_____
_____
_____
_____

# Victim's Law Enforcement Actions

An identity theft report is required in order for us to conduct a timely investigation into your claim of Identity Theft.

21) (please check one) ✓ I am __ I am not willing to assist in the prosecution of the person(s) who committed this fraud.

22) (please check one) ✓ I am __ I am not authorizing the release of this information to law enforcement and other 3rd parties where applicable, for the purpose of assisting them in the investigation and/or prosecution of the person(s) who committed this fraud.

# Documentation Checklist

You must include the following supporting documentation.  Attach copies of items 22 – 25 to the original affidavit before sending.

23) ✓ a copy of a valid government-issued photo-identification card (for example, your driver's license, state-issued ID card or your passport).

24) ✓ a copy of your Social Security Card.

25) ✓ a copy of the report you filed with a law enforcement agency listed below.

*The Identity Theft Report must reference a financial debt with Navient.

| | |
|---|---|
| Name of Law Enforcement agency | _Prince George's County Police_ |
| Address of Law Enforcement Agency | _____ |
| Phone number of Law Enforcement Agency | _____ |
| Name of Detective Handling Case | _____ |
| Email Address of Detective | _____ |

26) Three supplemental signatures examples

  **Two signature examples must be before the year of the alleged invalid signature.

  Examples of acceptable documents are:

  o Driver's license
  o Cancelled check
  o Tax forms
  o Any document bearing your signature before the alleged invalid signature occurred
  o Rental or lease agreement from the same time frame as the loans in question

27)  Notarized Signature and Fraudulent Account Statements (pages 5 and 6).

****** Failure to enclose a copy of an identity theft report will result in us taking no further action on your claim of Identity Theft.  ******

## Signature Statement

I certify that, to the best of my knowledge and belief, all the information on and attached to this affidavit is true, correct, and made in good faith. I also understand that this affidavit or the information it contains may be made available to federal, state and/or local law enforcement agencies for such action within their jurisdiction as they deem appropriate. I understand that knowingly making any false or fraudulent statement or representation to the government may constitute a violation to 18 U.S.C. §1001 or other federal, state, or local criminal statutes, and may result in imposition of a fine or imprisonment or both.

### ***You must sign three times, in the presence of the notary***

| _Sarah M. Swann_ | _November 30, 2017_ |
| (Your Signature) | (Date Signed) |
| _Sarah M. Swann_ | _November 30, 2017_ |
| (Your Signature) | (Date Signed) |
| _Sarah M. Swann-Sillery_ | _November 30, 2017_ |
| (Your Signature) | (Date Signed) |

## Notary Section

The individual listed above personally appeared before me, the subscriber, a Notary Public in and for State of _Maryland_ and County of _Prince George's_ . Being duly sworn by me according to law, did dispose and say that the document, copy attached hereto, and that the purported signature in (his) (her) name is not (his) (her) handwriting and was not made by (him) (her) and was not done with (his) (her) consent.

Sworn to and subscribed before me:

This _30th_ day of _November_ , 20 _17_ , _____
_____ (Seal)

My commission expires _11/19/2019_
_Pamela Carttate_
(Notary Public)

- 5 -

## Voluntary Release Permissions

To assist Navient with researching your claim, you may voluntarily sign the release statements below to expedite the investigation. You may sign either or both statements.

I, _Sarah Tillery_ , give Navient written permission to release/acquire
(Print Name)

information, reports and/or statements to/from the law enforcement agency used to file an identity theft report.

Signature _Sarah M. Tillery_          Date _November 30, 2017_

Individuals attending schools of higher learning are given the option to open transaction accounts with financial institutions and subsequently issued a debit card. These individuals can receive refunds due them immediately. If you are claiming to be a victim of identity theft with Department of Education loan(s), your signature will allow Navient to obtain account information from the financial institution connected to the school.

I, _Sarah Tillery_ , give Navient written permission to acquire
(Print Name)

information, reports and/or statements from the financial institution that open an account using my identity.

Signature _Sarah M. Tillery_          Date _November 30, 2017_

## Required Notary Section

The individual listed above personally appeared before me, the subscriber, a Notary Public in and for State of _Maryland_ and County of _Prince George's_ . Being duly sworn by me according to law, presented a government issued identification form as proof of his or her identity.

Sworn to and subscribed before me:

This _30th_ day of _November_ , 20 _17_ . _____

(Seal)

My commission expires _11/19/2019_

_Amela Cartridge_
(Notary Public)

- 6 -

# Account Statement

Please include as much information regarding the loans you are including in your claim. You can make as many copies of this page as you need to include additional loans.

I declare:

1) As a result of the event(s) described in the ID Theft Affidavit, the following student loan(s) was obtained without my knowledge, permission or authorization using my personal information or identifying documents:

| Account Number | Loan Number(s) | Type of Loan(s) | Date Disbursed | Amount of Loan(s) |
|---|---|---|---|---|
| ██████████ | 1 | SIG Std | 8-23-2006 | 32,615.31 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

2) During the time of the accounts described above. I had the following student loan(s) open with your company.

| Account Number | Loan Number(s) | Type of Loan(s) | Date Disbursed | Amount of Loan(s) |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

# PRINCE GEORGE'S COUNTY POLICE
## INCIDENT REPORT

| COPY TO | OTHER REPORTS | | | CASE NUMBER ▮▮▮▮▮ | CRIME ANALYSIS |
|---|---|---|---|---|---|
| | ACCIDENT | ARREST | CIR | | |
| | CONTINUATION | J-2 | | LINKED CASE NUMBER | |
| | PROPERTY | SPECIAL | | | |
| | USE OF FORCE | | | | |
| | OTHER | | | | |

| TYPE OF INCIDENT | DATE/TIME OCCURRED (MM/DD/YY xxxx) |
|---|---|
| Fraud | 8/10/2006 15:00 |

| LOCATON OF INCIDENT | DATE/TIME REPORTED (MM/DD/YY xxxx) |
|---|---|
| 5505 Lansing DR Temple Hills MD 20735 | 9/8/15  17:51 |

SUMMARY OF INCIDENT

unk (S) used the victim's information to obtain Loan

| PERSONS | 1) V- VICTIM | 2) T- T/A | 3) R- REPORTING PERSON |
|---|---|---|---|
| | 4) W- WITNESS | 5) P- PRINCE GEORGE'S POLICE DEPARTMENT | |

| CODE | NAME LAST | FIRST | MIDDLE | RACE - SEX - DOB | H N |
|---|---|---|---|---|---|
| V | Tillery | Sarah | Mae | B/F 2/00/63 | N |

| S/A | ADDRESS | CITY | STATE | ZIP | HOME TELEPHONE | 1 |
| LOI | | | | | 301/449-1616 | 2 |

| PLACE OF EMPLOYMENT/ SCHOOL/OR OTHER INFORMATION | WORK TELEPHONE | OTHER TELEPHONE | 9 |
|---|---|---|---|
| i35C | | 301/913-0776 | |

| CODE | NAME LAST | FIRST | MIDDLE | RACE - SEX - DOB | H N | 2 |
|---|---|---|---|---|---|---|
| X | | | | | | |

| S/A | ADDRESS | CITY | STATE | ZIP | HOME TELEPHONE | |
| LOI | | | | | | 00 |

| PLACE OF EMPLOYMENT/SCHOOL/OR OTHER INFORMATION | WORK TELEPHONE | OTHER TELEPHONE | |

| 1) A- ARRESTED | 2) S- SUSPECT | 3) F- FIELD OBS. | MORE NAMES IN DETAILS? Y (N) | 3 |

| CODE | NAME LAST | FIRST | MIDDLE | RACE - SEX - DOB | H N | 00 |
|---|---|---|---|---|---|---|
| S | unk | | | ? | | |

| S/A | ADDRESS | CITY | STATE | ZIP | CONTACT TELEPHONE | 4 |
| LOI | unk | | | | | |

| HGT | WGT | EYES | HAIR | ADDL. IDENTIFIERS/PHYSICAL APPEARANCE/CLOTHING/WEAPON | (NFD) | 00 |
|---|---|---|---|---|---|---|
| unk unk | unk unk | | | | | |

| CODE | NAME LAST | FIRST | MIDDLE | RACE - SEX - DOB | H N | 5 |
|---|---|---|---|---|---|---|
| X | | | | | | 00 |

| S/A | ADDRESS | CITY | STATE | ZIP | CONTACT TELEPHONE | |
| LOI | | | | | | |

| HGT | WGT | EYES | HAIR | ADDL. IDENTIFIERS/PHYSICAL APPEARANCE/CLOTHING/WEAPON | | 6 |

| CODE | NAME LAST | FIRST | MIDDLE | RACE - SEX - DOB | H N | 8 3 |
|---|---|---|---|---|---|---|
| X | | | | | | |

| S/A | ADDRESS | CITY | STATE | ZIP | CONTACT TELEPHONE | 7 |
| LOI | | | | | | |

| HGT | WGT | EYES | HAIR | ADDL. IDENTIFIERS/PHYSICAL APPEARANCE/CLOTHING/WEAPON | | 00 |

| TOTAL | VEHICLE | S - STOLEN | A - VEHICLE AUDIT | O - OTHER | W - WANTED | |
|---|---|---|---|---|---|---|
| | | R - RECOVERED | I - IMPOUND | U - UNAUTHORIZED USE | | 8 |

| CLERK | OWNER | LAST | FIRST | MIDDLE | RACE - SEX - DOB | H N | 00 |
| | S/A  R | ADDRESS | CITY | STATE | ZIP | TELEPHONE | 9 |
| | V  A | | | | | | |
| | LOI  S  F | | | | | | 00 |

| OWNER NOTIFIED? | DATE | TIME | IN PERSON | VIA TELEPHONE | LETTER SENT? | IF NO, WHY NOT? | INSURANCE CO. |
|---|---|---|---|---|---|---|---|
| Y  N | | | | | Y  N | | |

| CODE | YEAR | MAKE / MODEL | STYLE | COLOR | TAG NUMBER | STATE | MONTH/YEAR |

| VIN | | | OTHER VEHICLE IDENTIFIERS/REMARKS | | TEMP.  Y | CASE STATUS |
|---|---|---|---|---|---|---|
| | | | | | TAG?  N | |

| MILEAGE | KEYS IN IGNITION? Y  N | MAY VEHICLE BE RELEASED?  Y  N | IMPOUND NUMBER |
|---|---|---|---|
| | | IF NO, WHY NOT? | |

| VALUE | IF RECOVERED, JURISDICTION STOLEN FROM | VEHICLE AUDIT USE |
|---|---|---|
| | CITY / COUNTY          STATE | |

| TOWED BY | LOCATION TOWED TO. | RESERVED |

| TELETYPE NOTIFIED?  Y (N) | ID# OF NOTIFIER:  F | TELETYPE ID#  # | ELEC. MAIL TELEPHONE | DATE/TIME NOTIFIED |

| CONTINUED ON REVERSE? (Y)  N | PAGE 1 OF 1  L-12 |

| REPORTING OFFICER | ID | BEAT | DISTRICT | APPROVAL | ID |
|---|---|---|---|---|---|
| (deuni.) | 3746 | 51 | V | (WUTKA) | 346 |

PGC Form #3529 (04/06)

# **Allied**Interstate
### LLC
888-253-3108

April 5, 2018

Sarah M Swann
5505 Lansing Dr
Temple Hills, MD 20748-4003

Re:     Original Creditor: SALLIE MAE BANK (AMS)
        Creditor: Navient
        Amount Owed: $46,067.26
        Allied Interstate Account No.: ▆▆▆▆▆▆▆

Dear **Sarah M Swann** :

We are a debt collection company and Navient has contracted with us to collect the debt noted above. This is an attempt to collect a debt and any information obtained will be used for that purpose.

As of the date of this letter, the Amount Owed is $46,067.26. Because the creditor continues to assess interest on the debt, the amount due on the day you pay may be greater. Hence, if you pay the Amount Owed shown above, an adjustment may be necessary after we receive your payment, in which event we will inform you of any remaining balance. To make a payment, please call us at 888-253-3108 between the hours of 8 AM. to 10 PM. Mon-Fri ET or mail your payment to us using the coupon on the reverse side of this letter.  Our client processes some payments electronically and your checking account may be debited on the day your payment is received.

At this time, our client is willing to accept payment in the amount of $12,663.84 as full settlement of this debt, including any interest assessed between the date of this letter and the date of 04/20/2018. You can take advantage of this settlement offer if we receive payment of this amount or if you make another mutually acceptable payment arrangement by the date of 04/20/2018. We are not obligated to renew this offer.

We look forward to assisting you in resolving this matter.

Sincerely,
Allied Interstate LLC

SEE REVERSE SIDE FOR OTHER IMPORTANT INFORMATION

ID12 062278 3 40 9/20/18 Scanner7



888-253-3108

April 2, 2017

Sarah M Swann
5505 Lansing Dr
Temple Hills, MD 20748-4003

Re:  Original Creditor: NAVIENT CREDIT FINANCE CORP
     Creditor: Navient
     Amount Owed: $42,002.01
     Allied Interstate Account No.: ████████

Dear Sarah M Swann :

Navient has contracted with Allied Interstate LLC, a debt collector, to collect the debt noted above.

Navient is willing to accept payment in the amount of $10,553.20, in exchange for which Navient will release you from your obligation as a co-signer or co-borrower on this account(s). You can take advantage of this offer if we receive your payment of $10,553.20 on or before 04/30/2017. We are not obligated to renew this offer.  This arrangement does not relieve the other borrower(s) of their obligations on the account.

Please refer to the enclosed Account Listing for detail regarding your account(s). If you have any questions regarding this letter please call us at 888-253-3108 between the hours of 8 AM. to 10 PM. Mon-Fri ET and we will be happy to assist you.

We are a debt collector attempting to collect a debt and any information obtained will be used for that purpose.

Sincerely,
Allied Interstate LLC

SEE REVERSE SIDE FOR OTHER IMPORTANT INFORMATION

## Account Listing

| Client | Principle Balance | Placed | Interest Rate | Added | Fees | Collection Costs | Amount Owed |
|---|---|---|---|---|---|---|---|
| ████████ | $35177.33 | $6212.18 | 10.250% | $612.50 | $0.00 | $0.00 | $42002.01 |
| **Totals** | $35,177.33 | $6,212.18 | | $612.50 | $0.00 | $30.52 | $42,002.01 |



**888-253-3108**

February 19, 2018

Sarah M Swann
5505 Lansing Dr
Temple Hills, MD 20748-4003

Re:     Original Creditor: SALLIE MAE BANK (AMS)
        Creditor: Navient
        Amount Owed: $45,569.02
        Allied Interstate Account No.: ▮▮▮▮▮▮▮

Dear Sarah M Swann :

Navient has contracted with Allied Interstate LLC, a debt collector, to collect the debt noted above.

Navient is willing to accept payment in the amount of $10,553.20, in exchange for which Navient will release you from your obligation as a co-signer or co-borrower on this account(s). You can take advantage of this offer if we receive your payment of $10,553.20 on or before 03/18/2018. We are not obligated to renew this offer. This arrangement does not relieve the other borrower(s) of their obligations on the account.

If you have any questions regarding this letter please call us at 888-253-3108 between the hours of 8 AM. to 10 PM. Mon-Fri ET and we will be happy to assist you.

We are a debt collector attempting to collect a debt and any information obtained will be used for that purpose.

Sincerely,
Allied Interstate LLC

**SEE REVERSE SIDE FOR OTHER IMPORTANT INFORMATION**

11312 062278 3-43 9-20-18 Scanner7

# **Allied**Interstate
LLC

888-253-3108

May 4, 2018

Sarah M Swann
5505 Lansing Dr
Temple Hills, MD 20748-4003

Re:     Original Creditor: SALLIE MAE BANK (AMS)
         Creditor: Navient
         Amount Owed: $46,116.94
         Allied Interstate Account No.: █████████

Dear Sarah M Swann :

We are a debt collection company and Navient has contracted with us to collect the debt noted above. This is an attempt to collect a debt and any information obtained will be used for that purpose.

As of the date of this letter, the Amount Owed is $46,116.94. Because the creditor continues to assess interest on the debt, the amount due on the day you pay may be greater. Hence, if you pay the Amount Owed shown above, an adjustment may be necessary after we receive your payment, in which event we will inform you of any remaining balance. To make a payment, please call us at 888-253-3108 between the hours of 8 AM. to 10 PM. Mon-Fri ET or mail your payment to us using the coupon on the reverse side of this letter.  Our client processes some payments electronically and your checking account may be debited on the day your payment is received.

At this time, our client is willing to accept payment in the amount of $12,663.84 as full settlement of this debt, including any interest assessed between the date of this letter and the date of 05/25/2018. You can take advantage of this settlement offer if we receive payment of this amount or if you make another mutually acceptable payment arrangement by the date of 05/25/2018. We are not obligated to renew this offer.

We look forward to assisting you in resolving this matter.

Sincerely,
Allied Interstate LLC

**SEE REVERSE SIDE FOR OTHER IMPORTANT INFORMATION**



1-888-253-3108
7525 West Campus Road ☐ New Albany, OH  43054

June 23, 2018

Account Number: ███████████
Loan Balance:              $46,669.86

Sarah Swann
5505 Lansing Dr
Temple Hills, 20748

RE: Co-Signer Settlement Agreement

Dear   Sarah Swann

Please read and complete the attached co-signer settlement agreement. Please sign on the co-signer line and date the agreement with the date you sign it. Return the attached form by fax to 1-866-498-2649.

If you have any questions on the attached agreement form or to make arrangements to pay the agreed upon stipulated sum, please contact our office toll fee at 1-888-253-3108.

We are a debt collector attempting to collect a debt and any information obtained will be used for that purpose.

Sincerely,

Brad Peterson
Specialist
Allied Interstate LLC
Navient
1-888-309-4495

*AVP:      Matt Lange*
*Phone:    1-973-630-5733*

PLEASE SEE THE REVERSE SIDE FOR IMPORTANT INFORMATION

If you have a question or comment, please (i) write us at P. O. Box 361445 Columbus, OH 43236; (ii) email us at: advocacygroup@allied-interstate.com; or, (iii) call us toll-free at (800) 811-4214 between 9:00 AM Eastern Time and 6:00 PM Eastern Time Monday through Friday.

We are required under state and local law to notify consumers of the following rights. This list does not contain a complete list of the rights consumers have under local, state and federal law:

CALIFORNIA: The state Rosenthal Fair Debt Collection Practices Act and the federal Fair Debt Collection Practice Act require that, except under unusual circumstances, collectors may not contact you before 8 a.m. or after 9 p.m. They may not harass you by using threats of violence or arrest or by using obscene language. Collectors may not use false or misleading statements or call you at work if they know or have reason to know that you may not receive personal calls at work. For the most part, collectors may not tell another person, other than your attorney or spouse, about your debt. Collectors may contact another person to confirm your location or enforce a judgment. For more information about debt collection activities, you may contact the Federal Trade Commission at 877-FTC-HELP or www.ftc.gov.

COLORADO: A consumer has the right to request in writing that a debt collector or collection agency cease further communication with the consumer. A written request to cease communication will not prohibit the debt collector or collection agency from taking any other action authorized by law to collect the debt. FOR INFORMATION ABOUT THE COLORADO FAIR DEBT COLLECTION PRACTICES ACT, SEE WWW.COLORADOATTORNEYGENERAL.GOV/CAR. Allied Interstate LLC can be reached within Colorado at 7200 S. Alton Way, Suite B180, Centennial, CO 80112 and telephone number 303-309-3839.

ILLINOIS: We will provide you with the name and address of the original creditor, if different from the current creditor

MAINE: Maine residents may contact our office by telephone between 8AM and 8PM ET.

MASSACHUSETTS: Massachusetts residents may contact our office by telephone at the number and address stated on the front of this letter or at 49 Winter St., Weymouth, MA 02189 office hours Mon-Thurs 10am-3pm. NOTICE OF IMPORTANT RIGHTS: YOU HAVE THE RIGHT TO MAKE A WRITTEN OR ORAL REQUEST THAT TELEPHONE CALLS REGARDING YOUR DEBT NOT BE MADE TO YOU AT YOUR PLACE OF EMPLOYMENT. ANY SUCH ORAL REQUEST WILL BE VALID FOR ONLY TEN DAYS UNLESS YOU PROVIDE WRITTEN CONFIRMATION OF THE REQUEST POSTMARKED OR DELIVERED WITHIN SEVEN DAYS OF SUCH REQUEST. YOU MAY TERMINATE THIS REQUEST BY WRITING TO THE DEBT COLLECTOR.

MINNESOTA: This Collection Agency is licensed by the Minnesota Department of Commerce.

NEW YORK CITY: New York City Department of Consumer Affairs license numbers: 1474413-DCA, 1473185-DCA, 1473141-DCA, 1473196-DCA, 1473186-DCA, 1466817-DCA, 1473155-DCA, 1473165-DCA, 1473170-DCA, 1473181-DCA, 1473180-DCA, 1473198-DCA, 1473177-DCA, 1473174-DCA.

NORTH CAROLINA: North Carolina Department Insurance Permit No.: 111896, 917, 4461, 111898, 111897, 3709, 3715, 3683, 3740, 4379, 1061, 3741, 3738.

TENNESSEE: This collection agency is licensed by the Collection Service Board of the Tennessee Department of Commerce and Insurance.

WISCONSIN: This collection agency is licensed by the Division of Banking in the Wisconsin Department of Financial Institutions, www.wdfi.org.



1-888-253-3108
7525 West Campus Road □ New Albany, OH 43054

5. Upon timely receipt of the Stipulated Sum, NAVIENT will notify the three major credit agencies that the Co-Signer is no longer associated with the Note(s) going forward. Any previous delinquency and charge off status will remain. NAVIENT will not ask the bureaus to report the Note(s) as "paid/settled."

6. As part of the consideration for this Settlement Agreement, Borrower waives any claim Co-Signer may have against NAVIENT and /or Allied Interstate LLC. The parties to this Settlement Agreement recognize that any forgiveness, and any other consideration, or agreement made pursuant to this Settlement Agreement, is not an admission by NAVIENT or Allied Interstate LLC of any liability for any claims which were or could have been asserted by Co-Signer against NAVIENT and/or Allied Interstate LLC, which liability is here by expressly denied.

7. Co-Signer expressly agrees that Co-Signer and Co-Signer's agents will not, at anytime, directly or indirectly, except as expressly authorized in writing by NAVIENT, publicize, divulge or disclose to any person, entity, or media representative, the terms of this Settlement Agreement, except that Co-Signer may disclose this Settlement Agreement to Co-Signer's legal advisor and accountant to the extent necessary to receive professional advice, and then only if such persons are expressly made aware of this confidentiality provision and agree to be bound hereby.

8. Except as modified in this Settlement Agreement, the provisions of the Note(s) remain of full force and effect.

9. Co-Signer represents Co-Signer is of lawful age and has had the opportunity to consult legal counsel.

ACCEPTED AND AGREED

Navient / Allied Interstate LLC

By:     Brad Peterson       6/23/2018
                      Date                Borrower:              Date



5. Upon timely receipt of the Stipulated Sum, NAVIENT will notify the three major credit agencies that the Co-Signer is no longer associated with the Note(s) going forward. Any previous delinquency and charge off status will remain. NAVIENT will not ask the bureaus to report the Note(s) as "paid/settled."

6. As part of the consideration for this Settlement Agreement, Borrower waives any claim Co-Signer may have against NAVIENT and /or Allied Interstate LLC. The parties to this Settlement Agreement recognize that any forgiveness, and any other consideration, or agreement made pursuant to this Settlement Agreement, is not an admission by NAVIENT or Allied Interstate LLC of any liability for any claims which were or could have been asserted by Co-Signer against NAVIENT and/or Allied Interstate LLC, which liability is here by expressly denied.

7. Co-Signer expressly agrees that Co-Signer and Co-Signer's agents will not, at anytime, directly or indirectly, except as expressly authorized in writing by NAVIENT, publicize, divulge or disclose to any person, entity, or media representative, the terms of this Settlement Agreement, except that Co-Signer may disclose this Settlement Agreement to Co-Signer's legal advisor and accountant to the extent necessary to receive professional advice, and then only if such persons are expressly made aware of this confidentiality provision and agree to be bound hereby.

8. Except as modified in this Settlement Agreement, the provisions of the Note(s) remain of full force and effect.

9. Co-Signer represents Co-Signer is of lawful age and has had the opportunity to consult legal counsel.

ACCEPTED AND AGREED

Navient / Allied Interstate LLC

By: ___Brad Peterson_____ ___6/23/2018____     _____ _____
                                          Date                      Borrower             Date