# UNITED STATES DISTRICT COURT
# DISTRICT OF MARYLAND

| | |
|---|---|
| **SARAH MAE TILLERY,** ) <br> ) <br> Plaintiff ) <br> ) <br> v. ) <br> ) <br> **UNITED STATES DEPARTMENT OF** ) <br> **EDUCATION,** *et al.*, ) <br> ) <br> Defendants. ) <br> ) | Civil Action No. 1:18-cv-03256-PX |

## DEFENDANT ALLIED INTERSTATE, LLC'S
## MOTION TO DISMISS PLAINTIFF'S COMPLAINT

Defendant Allied Interstate, LLC ("Allied"), by counsel and pursuant to Fed. R. Civ. P. 12(b)(5) and (6), respectfully moves to dismiss all claims alleged against it in the Complaint (ECF No. 1-1) filed by the Plaintiff, Sarah Mae Tillery ("Tillery" or "Plaintiff") for insufficient service of process and for failure to state a claim upon which relief can be granted. The bases for this Motion are set forth in the Memorandum of Law being filed contemporaneously herewith.

WHEREFORE, Defendant Allied Interstate, LLC, by counsel, respectfully requests that the Court dismiss Plaintiff's Complaint with prejudice and that the Court grant Allied such further relief as the Court deems just and proper.

Date: October 26, 2018

Respectfully submitted,

ALLIED INTERSTATE, LLC
By Counsel

Case 8:18-cv-03256-PX   Document 9   Filed 10/26/18   Page 2 of 3

- 2 -

**REED SMITH LLP**

/s/ Brent R. Gary
Brent R. Gary (MSB # 18998)
7900 Tysons One Place
Suite 500
McLean, Virginia 22102
(703) 641-4200
(703) 641-4340 Fax
bgary@reedsmith.com

*Counsel for Allied Interstate, LLC*

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 26th day of October 2018, the foregoing was electronically filed with the Clerk of Court using the CM/ECF system, which will then send a notification of electronic filing (NEF) to counsel of record.  The foregoing document was also served on the following via first class mail, postage prepaid, to:

      Sarah Mae Tillery
      a/k/a Sarah Mae Swann
      5505 Lansing Drive
      Temple Hills, MD 20748-4003

      US Department of Education
      Office of Inspector General
      400 Maryland Avenue, S.W.
      Washington, DC 20202

      Asset Recovery Solutions, LLC
      2200 E. Devon Avenue, Suite 200
      Dos Plaines, IL 60018-4501

      North Carolina A&T State University
      1601 E. Market Street
      Greensboro, NC 27411


      /s/ Brent R. Gary
      Brent R. Gary (MSB # 18998)
      7900 Tysons One Place
      Suite 500
      McLean, Virginia 22102
      (703) 641-4200
      (703) 641-4340 Fax
      bgary@reedsmith.com

      *Counsel for Allied Interstate, LLC*